

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00020-CV

**IN THE INTEREST OF K.S.L., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00341
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

